23 So.2d 601

### Ex parte Mrs. Marguerite W. MUDD.

### In re Mrs. Marguerite W. MUDD v. Julian HARRIS, as Judge, etc.

### 6 Div. 355.

Supreme Court of Alabama.
June 30, 1945.

Rehearing Denied Nov. 1, 1945.

Horace C. Wilkinson, of Birmingham, for petitioner.

Bradley, Baldwin, All & White, of Birmingham, for respondent.

STAKELY, Justice.
The petition for mandamus is denied in this case on the authority of Ex parte Riley, ante, p. 242, 23 So.2d 592.

Writ denied.
All the Justices concur.

23 So.2d 601

### Ex parte Mrs. Marguerite W. MUDD.

### In re Mrs. Marguerite W. MUDD v. J. Russell McELROY et al., as Judges, etc.

### 6 Div. 357.

Supreme Court of Alabama.
June 30, 1945.

Rehearing Denied Nov. 1, 1945.

Horace C. Wilkinson, of Birmingham, for petitioner.

Bradley, Baldwin, All & White, of Birmingham, for respondents.

STAKELY, Justice.
The petition for mandamus is denied in this case on the authority of Ex parte Riley, ante, p. 242, 23 So.2d 592.

Writ denied.
All the Justices concur.

23 So.2d 602

### Marguerite W. MUDD et al. v. Edward WILKINSON, Jr., Individually and as Coexecutor, etc.

### 6 Div. 361.

Supreme Court of Alabama.
June 26, 1945.

Horace C. Wilkinson, of Birmingham, for appellants.

Bradley, Baldwin, All & White, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed; petition denied.

23 So.2d 882

### Anne O'BARR v. STATE ex rel. Frank B. EMBRY, Solicitor.

### 7 Div. 831.

Supreme Court of Alabama.
July 27, 1945.

Roy D. McCord and Edw. B. Miller, of Gadsden, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.